# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TROY LAMONT ROGERS,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| v. | : | NO. 11-4706 |
| | : | |
| **DETECTIVE MILLS, et al.,** | : | |
| **Defendants** | : | |

## O R D E R

**AND NOW,** this   28th   day of August, 2012, upon careful consideration of the defendants' motions to dismiss (Documents #5 and 12), and the plaintiff's responses thereto (Documents #8 and 13), it is hereby ORDERED that the motions are GRANTED in their entirety.

The Clerk of Court is directed to mark this case CLOSED for all purposes.

BY THE COURT:

 /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.